# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149407-08

LOWE'S HOME CENTERS, INC.,
   Petitioner-Appellee,

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

v

TOWNSHIP OF MARQUETTE,
   Respondent-Appellant.

SC: 149407
COA: 314111
MTT: 00-385768

_____/

HOME DEPOT USA, INC.,
   Petitioner-Appellee,

v

TOWNSHIP OF BREITUNG,
   Respondent-Appellant.

SC: 149408
COA: 314301
MTT: 00-366428

_____/

   On order of the Court, the application for leave to appeal the April 22, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



        Clerk

p1217